UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND PIRTLE, JR., | ) | No. CV 21-8008-JAK (JPRx) |
| | ) | |
| Plaintiff, | ) | **ORDER ACCEPTING MAGISTRATE** |
| | ) | **JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) | |
| | ) | |
| NETFLIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant's motion for sanctions, Plaintiff's opposition, Defendant's reply, the other records on file herein, and the Magistrate Judge's Report and Recommendation. No objections to the R. & R. have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT Defendant's motion for sanctions is granted in part and denied in part as follows:

1. Defendant's requests for terminating and evidentiary sanctions are DENIED.
2. Defendant's request for its costs and attorney's fees related to Plaintiff's failure to appear for his deposition is GRANTED.
3. Plaintiff is ORDERED to pay Defendant's costs and

attorney's fees in the amount of $3,198.45 no later than 10 days from the date of this Order.

4. The clerk is directed to serve this Order on all counsel or parties of record.

DATED: March 19, 2024

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE